### BARLOW v. STATE. (3 Div. 566.)

Court of Appeals of Alabama. Jan. 10, 1928.

Hamilton & Jones, of Evergreen, for appellant.

Charlie C. McCall, Atty. Gen., and J. W. Brassell, Asst. Atty. Gen., for the State.

RICE, J. ▮ It was unnecessary to file a complaint in the circuit court, but, on appeal from the county court, the prosecution might proceed under the original affidavit. Code 1923, § 4646.

▮▮ The court may never tell the jury how they shall consider testimony. Hence appellant's written charge A was properly refused.

We find no error in the record, and the judgment is affirmed.

Affirmed.